

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Marcia Hare Slack, Individually and
Derivatively on behalf of H.M.H. Dairy,
Inc., Appellant

No. 06-21-00018-CV          v.

Ralph Preuss and Preuss & Associates,
PLLC, Appellee

Appeal from the 6th District Court of Red
River County, Texas (Tr. Ct. No.
CV05012). Memorandum Opinion
delivered by Chief Justice Morriss and
Justice Stevens and Justice Carter,
participating. Justice Carter, Retired,
Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Marcia Hare Slack, Individually and Derivatively on behalf of H.M.H. Dairy, Inc., pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 29, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk